GRACE JUN (SBN 287973)
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101

JOHN FATTAHI (SBN 247625)
jfattahi@gmail.com
Law Office of John Fattahi
21250 Hawthorne Blvd, Suite 500
Torrance, CA 90503

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ABDUL KAMARA by and through its successor in interest FREDRIKA NABBIE, and FREDRIKA NABBIE, in her own right,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; ALEJANDRO AGUILERA, in his individual capacity; TYLER PHILLIPS, in his individual capacity; CHRISTOPHER ABERLE, in his individual capacity; CARLOS HEARD, in his individual capacity; TRAVIS KAAPKE, in his individual capacity; DERRICK JONES, in his individual capacity; KLAYTON LIEKKIO, in his individual capacity; and DOES 1-50<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF FREDRIKA NABBIE AS SUCCESSOR IN INTEREST TO DECEDENT ABDUL KAMARA** |

I, **FREDRIKA NABBIE**, being duly sworn, hereby declare:

1.     I am over the age of 18 and reside in the state of Virginia in the United States of America. I make the following declaration based on my personal knowledge. If called to testify to the matters set forth herein, I could and would competently testify to these matters based on my personal knowledge.

2.     The decedent is my son, Abdul Kamara ("Abdul"). Abdul died on March 3, 2024, in San Diego County, California. At the time of his death, Abdul was not married. Abdul did not have any children. Attached to my declaration is a true and correct copy of Abdul Kamara's death certificate.

3.     Abdul did not leave behind any will. He did not leave any testamentary instrument or other written document designating any heir or beneficiary or making any donative transfer of property. Abdul died intestate.

4.     As my son Abdul did not leave behind any will or other testamentary instrument, there is no probate proceeding pending in California or any other state for the administration of his estate.  No probate proceeding is pending in any other county, state, or country for administration of the Abdul Kamara's estate.

5.     Because my son died intestate, I am the surviving heir and beneficiary and my son's estate passes to me under Cal. Probate Code §§ 24 and 6402.  Based on the foregoing, I am the "beneficiary of the decedent's estate" as defined in Cal. Probate Code § 24 and Cal. Code Civ. Proc. § 377.10.

6.     Therefore, I am decedent Abdul Kamara's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed to the decedent's interest in this action and proceeding.

///

///

///

///

///

2

DECLARATION OF FREDRIKA NABBIE AS SUCCESSOR IN INTEREST

7.     No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in any pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California, the Commonwealth of Virginia, and United States of America that the foregoing is true and correct.  Executed on this 30th day of January, 2025, in Woodbridge, Virginia.

*Fredrika Nabbie*

_____

FREDRIKA NABBIE

DECLARATION OF FREDRIKA NABBIE AS SUCCESSOR IN INTEREST

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 REV 3/00

3202437004292
LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT – FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| ABDUL | AZIZ | KAMARA |

AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 10/13/1994 | 29 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP at Time of Death | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| SRA LEONE | ▮▮▮ | ☐ YES ☒ NO ☐ UNK | NEVER MARRIED | 03/03/2024 | 0403 |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? If yes, see worksheet on back | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| 12 ND | ☐ YES ☒ NO | BLACK, AFRICAN AMERICAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| STUDENT | EDUCATION | 12 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 12714 HARBORVIEW CT |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| WOODBRIDGE | PRINCE WILLIAM | 22192 | 3 | VA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip) |
|---|---|
| FREDRIKA NABBIE, MOTHER | 12714 HARBORVIEW CT, WOODBRIDGE, VA 22192 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF FATHER/PARENT–FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| ABU | BAKARR | KAMARA | SRA LEONE |

| 35. NAME OF MOTHER/PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| FREDRIKA | - | NABBIE | SRA LEONE |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION ALL MUSLIMS ASSOCIATION OF AMERICA CEMETERY |
|---|---|
| 03/08/2024 | 1112 BROOKE RD, FREDERICKSBURG, VA 22405 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| TRANSIT/BURIAL | ▸ NOT EMBALMED | - |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| OLIVE TREE MORTUARY INC | FD2246 | ▸ WILMA WOOTEN MD | 03/08/2024 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH TRI-CITY MEDICAL CENTER | 102. IF HOSPITAL, SPECIFY ONE ☐ IP ☒ ER/OP ☐ DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other |
|---|---|---|

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| SAN DIEGO | 4002 VISTA WAY | OCEANSIDE |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING | (AT) | ☒ YES ☐ NO |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | (BT) | REFERRAL NUMBER 24-00684 |
| | (C) | (CT) | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| | (D) | (DT) | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | | | 111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| UNK | ☐ YES ☒ NO ☐ UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive | 115. SIGNATURE AND TITLE OF CERTIFIER ▸ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| (A) mm/dd/ccyy / (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined | 120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

| 123. PLACE OF INJURY (e.g. home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location and city, and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER JONATHAN LUCAS | 127. DATE mm/dd/ccyy 03/06/2024 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER JONATHAN LUCAS, DME |
|---|---|---|

**STATE REGISTRAR** | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT

County of San Diego –Health & Human Services Agency – 5560 Overland Avenue. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

DATE ISSUED: 3/13/2024

WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego



A004400710