Grace Jun (SBN 287973)
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: (310) 709-4012

John Fattahi (SBN 247625)
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Blvd, Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ABDUL KAMARA by and through its successor in interest FREDRIKA NABBIE, and FREDRIKA NABBIE, in her own right,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; ALEJANDRO AGUILERA, in his individual capacity; TYLER PHILLIPS, in his individual capacity; CHRISTOPHER ABERLE, in his individual capacity; CARLOS HEARD, in his individual capacity; TRAVIS KAAPKE, in his individual capacity; DERRICK JONES, in his | Case No. 25cv0226 AJB VET<br><br>**DECLARATION OF JOHN FATTAHI IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT [Dkt. 22]**<br><br>Date:       August 14, 2025<br>Time:       2:00 p.m.<br>Ctrm:       4A<br><br>*The Hon. Anthony J. Battaglia* |

individual capacity; KLAYTON LIEKKIO, in his individual capacity; CITY OF VISTA; SHANE APPLEGATE, in his individual capacity; VINCENT COREY, in his individual capacity; JACOB HAPROFF, in his individual capacity; BRYON LAMORANDIER, in his individual capacity; and DOES 1-10 and 15-50,

Defendants.

## DECLARATION OF JOHN FATTAHI

I, John Fattahi, declare as follows:

1.     I am an attorney of record for Plaintiffs The Estate of Abdul Kamara and Fredrika Nabbie. I have personal knowledge of the facts contained in this declaration and if called to testify I could and would competently testify thereto.

2.     Since filing the FAC on April 30, 2025, and receiving County Defendants' signed waivers on May 5, 2025, Plaintiffs have continued to diligently attempt to obtain documents and information from the County of San Diego that might identify Doe Defendants. On May 5, 2025, Plaintiffs' counsel Grace Jun initiated the process of meeting and conferring with County Counsel about early discovery/disclosure. On May 7, I expressly requested that the County enter into a stipulation, before formal discovery, providing for (1) an interrogatory response by the County identifying the WRAP safety officer, (2) document disclosure by the County including the body-worn camera and jail surveillance videos, the deputy-defendants' recorded interviews and reports, incident

FATTAHI DECL. IN OPPOSITION TO MOTION TO DISMISS FAC

radio communications, and the Department's WRAP training in effect at the time, and (3) early document subpoenas on the San Diego Policy Department and the County Medical Examiner for their respective investigations of Kamara's death. After several meetings, Senior Deputy County Counsel Sylvia Aceves agreed to provide (1) an interrogatory response, which eventually identified the WRAP safety officer, previously designated as Doe 1, as Defendant Heard, and (2) Sheriff's body-worn camera and Sheriff's radio communications, as well as jail surveillance videos, referring to the night of the incident, once there is a protective order in place. However, other Defendants have not approved the protective order, and the County has not provided any documents.

3.      The 4- and 11-page "Background Event Chronology" reports previously produced by the County differ from the 7-page "CAD Query Event Display" report that Plaintiffs had not received until County Defendants attached it to their motion. The previously produced reports employ a different format and contain numerous redactions—including the phrase "for 5150," on which the motion relies. The cited portions appear to be transcriptions of radio communications, representing multiple layers of inadmissible hearsay to which no exception applies. The best evidence of those statements would be the recorded radio communications, which the County has yet to produce in response to Plaintiffs' multiple requests.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2025, at Torrance, California.


/s/ John Fattahi